**FILED**
June 6, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
| ) | CASE NUMBER: 2:11-mj-00149 GGH |
| Plaintiff,          ) | |
| v.          ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| JAMES DOMBECK,          ) | |
| ) | |
| Defendant.          ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  James Dombeck ; Case 2:11-mj-00149 GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of $50,000.00, co-signed by Gaylene Dombeck

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) Pretrial Supervision/Conditions.

Issued at  Sacramento, CA  on   6/6/2011            at  2:55 pm

By  /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge